# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

m 98-60685

_____


G&S OIL COMPANY; SEGAH PETROLEUM CORP.;
SEBASTIAN P.T. GREAVES; AND S. ARNE D. GREAVES,

>> Plaintiffs-Counter Defendants-
>> Appellants-Cross Appellees,

VERSUS

GARDES ENERGY, INC.; ROBERT A. GARDES;
AND W. JAMES HUGHES,

>> Defendants-Appellees-
>> Cross-Appellants,

GARDES ENERGY SERVICES, L.L.C.;
AND GARDES DIRECTIONAL DRILLING, INC.;

>> Defendants-Counter Claimants-
>> Appellees-Cross-Appellants.


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

G&S Oil Company; Segah Petroleum Corporation; Sebastian P.T. Greaves; and S. Arne D. Greaves,

Plaintiffs-Appellees-Cross-Appellants,

VERSUS

Gardes Energy, Inc.; Gardes Energy Services, L.L.C.; Gardes Directional Drilling, Inc.; Robert A. Gardes; and W. James Hughes,

Defendants-Appellants-Cross-Appellees.

Appeals from the United States District Court
for the Southern District of Mississippi
Civil Action No. 3:97-CV-276BN

March 29, 2000

Before DAVIS, CYNTHIA HOLCOMB HALL,[*] and SMITH, Circuit Judges.

PER CURIAM:[**]

We have reviewed the briefs and pertinent portions of the record and have heard oral argument. We find no reversible error on the part of the district court either on the merits of the dispute or on the question of sanctions. We have nothing to add to the district court's able discussion of the facts and law pertaining to this case. The judgments and orders appealed from are in all respects AFFIRMED.

---

[*] Circuit Judge of the Ninth Circuit, sitting by designation.

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.